```
 1  RANDOLPH, CREGGER & CHALFANT LLP
    THOMAS A. CREGGER, State Bar No. 124402
 2  ROBERT L. CHALFANT, State Bar No. 203051
    1030 G Street
 3  Sacramento, California 95814
    Telephone:  (916) 443-4443
 4  Facsimile:   (916) 443-2124

 5  Attorneys for Defendants
    COUNTY OF SACRAMENTO,
 6  CITY OF ELK GROVE, ELK GROVE
    POLICE DEPARTMENT, SERGEANT
 7  M. BOYES, DEPUTY M. ROGERS,
    DEPUTY P. McCLUNG, and DEPUTY K. BUNN
 8
```

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DARDEN, JESSE BLUNT, | No. CIV S-04-1743 MCE DAD |
| Plaintiff, | **NOTICE OF MOTION AND MOTION REGARDING DISCOVERY DISPUTE** [FRCP 26(c); 30(d)(2); Local Rule 37-251] |
| vs. | |
| COUNTY OF SACRAMENTO, et al. | |
| Defendants. / | Date: September 9, 2005<br>Time: 10:00 A.M.<br>Courtroom: 27<br>Magistrate Judge Dale A. Drozd |

Defendants COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG, and DEPUTY K. BUNN hereby move the court for an order limiting the duration of the depositions of defendants DEPUTY MICHAEL ROGERS and SERGEANT (former) MICHELLE BOYES to the duration allowed by FRCP 30(d)(2) and specifically to a deposition of one day of duration consisting of seven hours of testimony.

///

This motion will be based upon the submitted joint statement regarding discovery dispute as required by Local Rule 37-251(c), and any necessary declarations to be appended to the joint statement.

Dated: August 18, 2005          RANDOLPH CREGGER & CHALFANT LLP


 /s/ Thomas A. Cregger
THOMAS A. CREGGER
Attorneys for Defendants COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG, and DEPUTY K. BUNN

N:\Open\308\1812\law & motion\discovery dispute motion not.wpd

**Randolph Cregger & Chalfant**