1  RANDOLPH, CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, State Bar No. 203051
2  THOMAS A. CREGGER, State Bar No. 124402
   1000 G Street, Suite 100
3  Sacramento, California  95814
   Telephone:  (916) 443-4443
4  Telecopier:  (916) 443-2124

5  Attorneys for Defendant
   COUNTY OF SACRAMENTO, CITY OF ELK
6  GROVE, ELK GROVE POLICE DEPARTMENT,
   SERGEANT M. BOYES, DEPUTY M. ROGERS,
7  DEPUTY P. McCLUNG, and DEPUTY K. BUNN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DANIELLE DARDEN; JESSE BLUNT, | No. CIV.S-04-1743 MCE DAD |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION RE MENTAL AND PHYSICAL EXAMINATIONS OF PLAINTIFFS [FRCP 35]; ORDER** |
| COUNTY OF SACRAMENTO, DOES 1-10, inclusive, | |
| Defendants. | |

   IT IS HEREBY STIPULATED between Defendants COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG, and DEPUTY K. BUNN and Plaintiffs JESSE BLUNT and DANIELLE DARDEN, through their respective counsel, and pursuant to FRCP 35, that the following mental and/or physical examinations may be taken.

   1.   Mental examination of Plaintiff JESSE BLUNT, to include psychological testing and interview by a psychologist or psychiatrist.

   2.   Physical examination of Plaintiff JESSE BLUNT, to be completed by an orthopedic or neurologic specialist.

///

- 1 -

The exam may consist of the following: submission to plaintiff of a written questionnaire; interview by physician and/or staff; neurologic and/or orthopedic physical examination.

3. Mental examination of Plaintiff DANIELLE DARDEN, to include psychological testing and interview by a psychologist of psychiatrist.

4. Defendants will provide plaintiffs' attorney with copies of all medical and psychological reports, including all raw data, test results, copies of tests administered to plaintiffs, written questionnaires filled out by plaintiffs and copies of all interviews of plaintiffs, tape recordings and all other materials associated with plaintiffs examinations.

Dated:  8/5/           , 2005

      /s/ Charles Bonner
     CHARLES BONNER
Attorneys for Plaintiffs DANIELLE DARDEN and JESSE BLUNT

Dated:  8/23           , 2005    RANDOLPH CREGGER & CHALFANT LLP

      /s/ Thomas A. Cregger  SBN 124402
     ROBERT L. CHALFANT
Attorneys for Defendants COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG, and DEPUTY K. BUNN

**ORDER**

IT IS SO ORDERED.

Dated: August 26, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Randolph, Cregger & Chalfant**

- 2 -