1  CHARLES A. BONNER, ESQ.  SB# 85413
   A. CATHERINE LAGARDE, ESQ. SB# 209255
2  **LAW OFFICES OF CHARLES A. BONNER**
   1913 BRIDGEWAY
3  SAUSALITO, CA 94965
   TEL: (415) 331-3070
4  FAX: (415) 331-2738

5  Attorneys For Plaintiffs
   JESSE BLUNT and
6  DANIELLE DARDEN

7  **RANDOLPH, CREGGER & CHALFANT LLP**
   ROBERT L. CHALFANT, State Bar No. 203051
8  1000 G Street, Suite 100
   Sacramento, California  95814
9  Telephone:  (916) 443-4443
   Telecopier:  (916) 443-2124

10

11 Attorneys for Defendant
   COUNTY OF SACRAMENTO, CITY OF ELK
12 GROVE, ELK GROVE POLICE DEPARTMENT,
   SERGEANT M. BOYES, DEPUTY M. ROGERS,
   DEPUTY P. McCLUNG, and DEPUTY K. BUNN

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLUNT and DANIELLE DARDEN, | **Case No: 2:04-cv-1743 MCE DAD** |
| Plaintiffs, | |
| v. | **STIPULATION FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE; ORDER** |
| COUNTY OF SACRAMENTO; CITY OF ELK GROVE; ELK GROVE POLICE DEPARTMENT; SERGEANT M. BOYES; DEPUTY M. ROGERS; DEPUTY P. McCLUNG; DEPUTY K. BUNN; and DOES 1 through 100 inclusive, | |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective attorneys of record, CHARLES A. BONNER of The Law Office of CHARLES A. BONNER, attorney for plaintiffs, and THOMAS CREGGER of The Law Office of RANDOLPH, CREGGER

1  & CHALFANT LLP , attorney for defendants, as indicated by their signatures below, to participate
2  in a settlement conference before a Magistrate Judge and, pursuant to Local Rule of Court 16-270
3  (b) hereby waive any claim of disqualification on that basis to act as Judge or Magistrate Judge in
4  any action thereafter.

6  Dated: June 26, 2006                    LAW OFFICES OF CHARLES A. BONNER

9                                           /s/  CHARLES A. BONNER
                                            CHARLES A. BONNER
10                                          Attorney for Plaintiffs JESSE BLUNT and
                                            DANIELLE DARDEN

14 Dated: June 26, 2006                    RANDOLPH CREGGER & CHALFANT LLP
15

17                                           /s/   THOMAS CREGGER
                                            THOMAS CREGGER
                                            Attorneys for Said Defendants

20      IT IS HEREBY ORDERED that the case is randomly assigned to the Honorable Gregory G.
21 Hollows for a settlement conference.  The settlement conference  is scheduled for July 21, 2006 at
22 09:00 a.m. before the Honorable Gregory G. Hollows.   Pursuant to Local Rule 16-270, Counsel
23 shall be accompanied in person by a person capable of disposition, or shall be fully authorized to
24 settle the matter at the settlement conference on any terms.  When settlement must be approved by
25 a vote of a party's governing body, unless specifically permitted otherwise by the Judge or Magistrate
26 Judge conducting the settlement conference, counsel shall be designated or shall be accompanied
27 in person by a representative designated by the body who shall have learned the body's preconference
28 disposition relative to settlement.

///

     The parties must submit their separate confidential separate statements directly to the chambers of the Judge or Magistrate Judge before whom the settlement conference is to be held, either by mail addressed to that chambers or by sealed envelope delivered to the Clerk's Office specifically addressed to that chambers, seven (7) days prior to the settlement conference.

DATED: July 5, 2006

                                                  _____
                                                  MORRISON C. ENGLAND, JR
                                                  UNITED STATES DISTRICT JUDGE