CHARLES A. BONNER SBN 85413
**LAW OFFICES OF CHARLES A. BONNER**
1913 Bridgeway
Sausalito, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

CHERYL D. BOSSIO SBN 158290
**BOSSIO & ASSOCIATES**
A Professional Law Corporation
1913 Bridgeway
Sausalito, CA 94965
TEL: (415) 331-5326
FAX: (415) 331-2738

Attorneys for Plaintiffs
DANIELLE DARDEN and JESSE BLUNT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DARDEN, JESSE BLUNT, | No. 2:04-cv-1743-MCE-DAD |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISCLOSURE OF EXPERT AFTER DISCOVERY CUT-OFF AND ORDER THEREON** |
| vs. | |
| COUNTY OF SACRAMENTO, et al. | |
| Defendants. | |

Plaintiffs DANIELLE DARDEN and JESSE BLUNT and Defendants COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG and DEPUTY K. BUNN through their respective attorneys hereby stipulate to plaintiffs' disclosure of an expert on the subject of police procedure.

Good cause exists for the disclosure of an expert due to the recent death of plaintiffs' expert on police procedure, Frank Henry Saunders. Plaintiffs will disclose the expert pursuant to Federal Rules of Civil Procedure 26(a)(2) within two weeks of the signed order on this stipulation and thereafter, plaintiffs will immediately make the expert available for deposition.

/ / /

| | | |
|---|---|---|
| 1 | Dated: November 10, 2006 | LAW OFFICES OF CHARLES A. BONNER |
| 2 | | BOSSIO & ASSOCIATES |

 /s/ Charles A. Bonner
CHARLES A. BONNER, SBN 854413
CHERYL D. BOSSIO, SBN 15890
Attorneys for Plaintiffs DANIELLE DARDEN
and JESSE BLUNT

Dated: November 10, 2006         RANDOLPH CREGGER & CHALFANT LLP

 /s/ Thomas A. Cregger
THOMAS A. CREGGER, SBN 124402
Attorneys for Defendants COUNTY OF
SACRAMENTO, CITY OF ELK GROVE, ELK
GROVE POLICE DEPARTMENT, SERGEANT
M. BOYES, DEPUTY M. ROGERS, DEPUTY
P. McCLUNG and DEPUTY K. BUNN

**ORDER**

IT IS SO ORDERED.

Dated: November 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE