1  CHARLES A. BONNER, ESQ.  SB# 85413
   A. CATHERINE LAGARDE, ESQ. SB# 209255
2  **LAW OFFICES OF CHARLES A. BONNER**
   1913 BRIDGEWAY
3  SAUSALITO, CA 94965
   TEL: (415) 331-3070
4  FAX: (415) 331-2738

5  CHERYL D. BOSSIO, ESQ. SB#158290
   **BOSSIO & ASSOCIATES**
6  A Professional Law Corporation
   1913 BRIDGEWAY
7  SAUSALITO, CA 94965
   TEL: (415) 331-3070
8  FAX: (415) 331-2738

9  Attorneys For Plaintiffs
   JESSE BLUNT and
10 DANIELLE DARDEN

11

12                    UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT OF CALIFORNIA

14
   JESSE BLUNT and                    Case No: 2:04-cv-1743 MCE DAD
15 DANIELLE DARDEN,

16         Plaintiffs,                **STIPULATION AND ORDER TO**
       v.                             **CONTINUE TRIAL DATE**
17
   COUNTY OF SACRAMENTO; CITY OF
18 ELK GROVE; ELK GROVE POLICE
   DEPARTMENT; SERGEANT M. BOYES;
19 DEPUTY M. ROGERS; DEPUTY P.
   McCLUNG; DEPUTY K. BUNN; and DOES
20 1 through 100 inclusive,

21         Defendants.
                                    /
22

23         IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective

24 attorneys of record, CHERYL D. BOSSIO of BOSSIO & ASSOCIATES, one of the attorneys for

25 plaintiffs, and THOMAS A. CREGGER of RANDOLPH, CREGGER & CHALFANT, LLP,

26 attorney for defendants, as indicated by their signatures below, to continue the Trial Date in the

27 above-referenced matter.

28

                                            1

1  Good cause exists for this continuance due to the recent death of Plaintiffs' disclosed expert on
2  police procedure, Frank Henry Saunders and the disclosure of plaintiffs' new police procedures
3  expert, Melvin L.Tucker. Mr. Tucker is unavailable for trial in January, 2007 as he is already
4  scheduled to testify in two trials in January, 2007. Attached hereto as Exhibit A is a letter from
5  Melvin L. Tucker dated November 20, 2007.

6  Additionally, taking into account the existing trial commitments for the attorneys on both
7  sides in 2007, and conferring with this Court's clerk, Ms. Amanda Souvannarath, the date that
8  appears to be the first available date for the trial of this matter is April 18, 2007.

9  Therefore, the parties respectfully request a continuance of the trial date to April 18, 2007.

11  Dated: _____        **BOSSIO & ASSOCIATES**

                                      _____
                                      CHERYL BOSSIO,
                                      Attorney for Plaintiffs JESSE BLUNT and
                                      DANIELLE DARDEN

18  Dated:_____         **RANDOLPH CREGGER & CHALFANT LLP**

                                      _____
                                      THOMAS A. CREGGER,
                                      Attorneys for Said Defendants

23  **IT IS HEREBY ORDERED:**

24  DATED: December 1, 2006

                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE