1  CHARLES A. BONNER, ESQ.  SB# 85413
   **LAW OFFICES OF BONNER & BONNER**
2  1913 BRIDGEWAY
   SAUSALITO, CA 94965
3  TEL: (415)  331-3070
   FAX: (415) 331-2738
4

5  CHERYL D. BOSSIO, ESQ. SB# 158290
   **BOSSIO & ASSOCIATES**
6  4000 BRIDGEWAY SUITE 105
   SAUSALITO, CA 94965
7  TEL: (415)  331-6363
   FAX: (415) 331-6364
8

9  Attorneys For Plaintiffs
   JESSE BLUNT and
10 DANIELLE DARDEN

11

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15 JESSE BLUNT and                    **Case No: 2:04-cv-01743 MCE DAD**
   DANIELLE DARDEN,
16                                    **STIPULATION AND PROPOSED ORDER
                                      TO EXTEND DUE DATE TO FILE
17       Plaintiffs,                  OPPOSITION TO MOTIONS IN LIMINE**

18    v.
                                      Trial Date: September 10, 2007
19 COUNTY OF SACRAMENTO, et al.,

20

21       Defendants.
                                /
22

23

24       IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective

25 attorneys of record, CHERYL D. BOSSIO of BOSSIO & ASSOCIATES, one of the attorneys for

26 plaintiffs, and THOMAS A. CREGGER of RANDOLPH, CREGGER & CHALFANT, LLP,

27 attorney for defendants, as indicated by their signatures below, to extend the due date to file

28 opposition to motions in limine from Wednesday, August 22, 2007 to Friday, August 24, 2007 in

the above referenced matter.

Good cause exists for this continuance due to the circumstances that there is a volume of motions in limine that have been filed and the requested continuance is only two days beyond the original due date. Additionally, this request is taking into account the fact that two criminal trials will likely precede the existing trial date scheduled in this matter for September 10, 2007.

Therefore, the parties respectfully request to extend the deadline for filing opposition to motions in limine for two days, or until August 24, 2007.

Dated: 8/22/07                            **BOSSIO & ASSOCIATES**

_____/s/_____
CHERYL D. BOSSIO
Attorney for Plaintiffs JESSE BLUNT and DANIELLE DARDEN

Dated: 8/22/07                            **RANDOLPH CREGGER & CHALFANT LLP**

_____/s/_____
THOMAS A. CREGGER,
Attorneys for Said Defendants

**IT IS HEREBY ORDERED:**

Dated: August 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE