1  CHARLES A. BONNER, ESQ.  SB# 85413
   **LAW OFFICES OF BONNER & BONNER**
2  1913 BRIDGEWAY
   SAUSALITO, CA 94965
3  TEL: (415)  331-3070
   FAX: (415) 331-2738
4

5  CHERYL D. BOSSIO, ESQ. SB# 158290
   **BOSSIO & ASSOCIATES**
6  4000 BRIDGEWAY SUITE 105
   SAUSALITO, CA 94965
7  TEL: (415)  331-6363
   FAX: (415) 331-6364
8

9  Attorneys For Plaintiffs
   JESSE BLUNT and
10 DANIELLE DARDEN

11

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15 JESSE BLUNT and                          **Case No: 2:04-cv-01743-MCE-DAD**
   DANIELLE DARDEN,
16                                          **SECOND STIPULATION AND PROPOSED
                                            ORDER TO EXTEND DUE DATE TO FILE**
17         Plaintiffs,                      **OPPOSITION TO MOTIONS IN LIMINE**

18    v.
                                            Trial Date: JANUARY 7, 2008
19 COUNTY OF SACRAMENTO, et al.,

20

21         Defendants.
                                      /
22

23

24         IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective

25 attorneys of record, CHERYL D. BOSSIO of BOSSIO & ASSOCIATES, one of the attorneys for

26 plaintiffs, and THOMAS A. CREGGER of RANDOLPH, CREGGER & CHALFANT, LLP,

27 attorney for defendants, as indicated by their signatures below, to extend the due date to file

28 opposition to motions in limine from Friday, August 24, 2007 to Friday, August 31, 2007 in the

1  above-referenced matter.

2  Good cause exists for this requested extension based on the following circumstances: 1.) On August 15, 2007, Defendants filed sixteen (16) Motions in Limine and Plaintiffs filed three (3) Motions in Limine, 2.) On August 22, 2007, when the trial date was scheduled for September 10, 2007, the parties presented a Stipulation and Order to this Court requesting a <u>two day</u> continuance of the deadline to file Opposition to Motions in Limine, 3.) The two day request for extension was graciously granted by this Court on August 23, 2007, 4.) On August 23, 2007, this Court issued a Minute Order continuing the trial date from September 10, 2007 to January 7, 2008 and the August 24, 2007 due date for filing Opposition to Motions in Limine remained in place, 5.) The issues raised by the Motions in Limine are numerous, complex and highly determinative of key issues for the trial of this matter, 6.) These motions require extensive and time consuming research and detailed analysis of numerous important legal and factual issues in the case, 7.) Given the four month continuance of the trial date, no prejudice would ensue from the requested 7 day extension to file Opposition to Motions in Limine, 8.) The parties hereby stipulate to a one week extension to adequately research and brief these issues for the Court's consideration prior to trial.

Therefore, the parties respectfully request to extend the deadline for filing Opposition to Motions in Limine for one week, or until **August 31, 2007**. No additional extensions regarding this deadline will be requested.

Dated: 8/24/07                                              **BOSSIO & ASSOCIATES**

                                                            /S/ CHERYL D. BOSSIO
                                                            Attorney for Plaintiffs JESSE BLUNT and
                                                            DANIELLE DARDEN

//

//

1  Dated: 8/24/07                                    **RANDOLPH CREGGER & CHALFANT LLP**

2

3
                                                          /s/  THOMAS A. CREGGER
4  _____          THOMAS A. CREGGER,
                                                     Attorneys for Said Defendants
5

6  **IT IS HEREBY ORDERED:**

7   Dated:  August 30, 2007

8

9  _____
    MORRISON C. ENGLAND, JR.
10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28