FILED

JAN 30 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DARDEN, JESSE BLUNT,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>        Defendants.<br>_____/ | No. CIV S-04-1743 MCE DAD<br><br>**VERDICT FORM**<br>**CACI VF-1403- FALSE ARREST WITHOUT WARRANT BY PEACE OFFICER -- AFFIRMATIVE DEFENSE -- PROBABLE CAUSE TO ARREST** |

We answer the questions submitted to us as follows:

1. Did one or more of the defendants arrest Jesse Blunt without a warrant?

   Sergeant Boyes?   Yes ✓   No ___

   Deputy Rogers?    Yes ✓   No ___

   Deputy McClung?   Yes ✓   No ___

   Deputy Bunn?      Yes ✓   No ___

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

///

///

1

2. Did Jesse Blunt willfully resist, delay or obstruct one or more of the defendants in the discharge or attempt to discharge his or her official duties?

        Yes ✓     No ___

If your answer to question 2 is no, then answer question 3. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Was one or more of the defendants' conduct a substantial factor in causing harm to Jesse Blunt?

| | Yes | No |
|---|---|---|
| Sergeant Boyes? | ___ | ✓ |
| Deputy Rogers? | ___ | ✓ |
| Deputy McClung? | ___ | ✓ |
| Deputy Bunn? | ___ | ✓ |

[circled, with notation "put"]

Please have the presiding juror sign and date this form.

Signed: _Robert M. Abaua_ (Presiding Juror)

Dated: 1/28/08

[When signed, After all verdicts have been signed], this verdict form must be delivered to the [clerk/bailiff].