RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile:  (916) 443-2124

Attorneys for Defendants
COUNTY OF SACRAMENTO,
CITY OF ELK GROVE, ELK GROVE
POLICE DEPARTMENT, SERGEANT
M. BOYES, DEPUTY M. ROGERS,
DEPUTY P. McCLUNG, and DEPUTY K. BUNN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DARDEN, JESSE BLUNT, | No. CIV S-04-1743 MCE DAD |
| Plaintiff, | **DEFENDANTS' STATUS REPORT REGARDING MISTRIED COUNTS** |
| vs. | |
| COUNTY OF SACRAMENTO, et al. | Trial Date: January 10, 2008 |
| Defendants. | Judge: Hon. Morrison C. England, Jr. |

Defendants COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG and DEPUTY K. BUNN submit the following status report regarding re-trial of those causes of action not decided by the jury.

1. As to Plaintiff DARDEN, defendants intend to re-try all such causes of action.

2. As to Plaintiff BLUNT, defendants intend to re-try all such causes of action.

3. As to Plaintiff BLUNT, defendants assert that any cause of action brought under section 1983 for an illegal seizure without arrest is barred on the basis of issue preclusion. See, VERDICT FORM CACI VF-1401-FALSE IMPRISONMENT - NO ARREST INVOLVED - AFFIRMATIVE DEFENSE - RIGHT TO DETAIN FOR INVESTIGATION", Questions 1, 2.

4. As to Plaintiff BLUNT, defendants assert that any cause of action brought under section 1983 for an illegal seizure by arrest is barred on the basis of issue preclusion. See, "VERDICT FORM CACI VF-1403 - FALSE ARREST BY PEACE OFFICER - AFFIRMATIVE DEFENSE - PROBABLE CAUSE TO ARREST", Questions 1, 2.

5. Defendants request that the Court set a briefing schedule and hearing date on the issues raised in paragraphs 3 and 4, above.

6. Defendants do not request any extension of time limits set out in the Final Pre-Trial Order.

7. Defendants request that the Court set time limits on each side for the re-trial as follows: 18 hours for opening statement, case in chief and rebuttal. Any time limits on final argument should be determined by the Court.

8. Defendants do not believe that mediation would aid in the resolution of this case.

Dated: February 21, 2008         RANDOLPH CREGGER & CHALFANT LLP


 /s/ Thomas A. Cregger
THOMAS A. CREGGER
Attorneys for Defendants COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG and DEPUTY K. BUNN

N:\Open\308\1812 DardenBlunt\Pleadings\status report re mistried counts.wpd

**Randolph Cregger & Chalfant**

2
DEFENDANTS' STATUS REPORT REGARDING MISTRIED COUNTS