RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
ROBERT L. CHALFANT, State Bar No. 203051
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile:  (916) 443-2124

Attorneys for Defendants
COUNTY OF SACRAMENTO,
CITY OF ELK GROVE, ELK GROVE
POLICE DEPARTMENT, SERGEANT
M. BOYES, DEPUTY M. ROGERS,
DEPUTY P. McCLUNG, and DEPUTY K. BUNN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DANIELLE DARDEN, JESSE BLUNT, | No. CIV S-04-1743 MCE DAD |
|---|---|
| Plaintiff, | NOTICE OF SETTLEMENT; REQUEST FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: DISMISSAL; DECLARATION OF THOMAS A. CREGGER |
| vs. | |
| COUNTY OF SACRAMENTO, et al. | |
| Defendants. | |

Defendants COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG, and DEPUTY K. BUNN hereby give notice to the court of the settlement of this action, pursuant to the terms of the release which appended as part of Exhibit A to the Declaration of Thomas A. Cregger.

Defendants further request of this court issue an Order to Show Cause to plaintiffs as to why this case should not be dismissed. All acts required of defendants under the terms of the release have been performed. See, Declaration of Thomas A. Cregger. Plaintiff's counsel had been provided with a Stipulation for Dismissal and Order Thereon and have been requested to execute

1  the same on several occasions. To date, the executed Stipulation has not been returned and counsel
2  for defendants has not received any communication from plaintiffs' counsel. See, Declaration of
3  Thomas A. Cregger.

4  October 7, 2008                     RANDOLPH, CREGGER & CHALFANT, LLP

             /s/ Thomas A. C.
             ─────────────────────────
             THOMAS A. CREGGER
             ATTORNEYS FOR DEFENDANTS COUNTY OF
             SACRAMENTO, CITY OF ELK GROVE, ELK GROVE
             POLICE DEPARTMENT, SERGEANT
             M. BOYES, DEPUTY M. ROGERS,
             DEPUTY P. McCLUNG, and DEPUTY K. BUNN

**Randolph Cregger & Chalfant**

NOTICE OF SETTLEMENT

2