RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
ROBERT L. CHALFANT, State Bar No. 203051
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile:   (916) 443-2124

Attorneys for Defendants
COUNTY OF SACRAMENTO,
CITY OF ELK GROVE, ELK GROVE
POLICE DEPARTMENT, SERGEANT
M. BOYES, DEPUTY M. ROGERS,
DEPUTY P. McCLUNG, and DEPUTY K. BUNN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DARDEN, JESSE BLUNT,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | No. CIV S-04-1743 MCE DAD<br><br>DECLARATION OF THOMAS A. CREGGER |

I, THOMAS A. CREGGER, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California and a member of the firm of Randolph Cregger & Chalfant LLP, attorneys of record for Defendant in this case.

2. In the latter part of June of this year, agreement was reached to resolve all claims in this matter by payment to plaintiffs of the sum of $75,000 in return for plaintiffs' execution of a release agreement and dismissal of the case.

3. I prepared and sent the appended release agreement. Subsequently two checks totaling $75,000 and a Stipulation for Dismissal were sent. Negotiation of the checks was conditioned

upon execution by plaintiffs' of the release agreement, execution by plaintiffs' counsel of the stipulation and return of all documents to me. A copy of the transmittal letter and attached documents is appended as exhibit A.

4. I have received the executed release agreement.

5. Subsequent to receipt of the release agreement, I have requested, by both voice mail and e-mail to Mr. Bonner and Ms. Bossio, that the executed stipulation for dismissal be sent to me for filing. To date, I have not received the executed dismissal nor have I received any response to my requests.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I know of such matters personally so that I could competently testify thereto.

Executed this October 7, 2008 at Sacramento, California.

_____
THOMAS A. CREGGER

**Randolph Cregger & Chalfant**

# EXHIBIT

# "A"

# Randolph Cregger & Chalfant LLP
## ATTORNEYS AT LAW

Thomas A. Cregger
Robert L. Chalfant
Stephanie L. Quinn
Joseph P. Mascovich
Michelle J. Randolph
Wendy Motooka

John S. Gilmore
Samuel L. Jackson
Adrian L. Randolph
*Of Counsel*

August 5, 2008

Charles A. Bonner, Esq.
Law Offices of Bonner & Bonner
1913 Bridgeway
Sausalito, CA 94965

Re:   Darden/Blunt v. County of Sacramento

Dear Mr. Bonner:

Enclosed are the two settlement checks for $37,500 in this matter. You may negotiate them into your trust account when you return an original signed release and executed stipulation for dismissal. A dismissal stipulation and order are also enclosed.

Very truly yours,

RANDOLPH CREGGER & CHALFANT LLP

THOMAS A. CREGGER

Enclosures
cc:   Cheryl D. Bossio, Esq., w/enclosures

TAC:bjm
N:\Open\308\1812 DardenBlunt\correspondence\bonner ltr 8-5-08.wpd

The Achelle Bldg.
1030 G Street
Sacramento,
California 95814
(916) 443-4443
(916) 443-2124 Fax
rcc-law.com

**Arrowpoint Capital**

The attached payment is for the following claim(s):

| CLAIM NUMBER | ACC/SAIL DATE | SURED/CLAIMANT/CONVEYANCE | AOUNT |
|---|---|---|---|
| 092000981700 | 02/09/02 | JESSE BLUNT | $37,500.00 |

ARROWPOINT CAPITAL CORP.,
P.O. BOX 1000
CHARLOTTE          NC 28201-1000

ATTN: NOELLE NEIGHBOR     704-522-2000
PLEASE REFER TO THE CLAIM NUMBER SHOWN ABOVE ON ALL CORRESPONDENCE OR INQUIRIES

```
   00053
TO: RANDOLPH CREGGER & CHALFANT
    THE ACHELLE BLDG
    1030 G STREET
    SACRAMENTO CA 95814
```
                                                                                           00053

(DETACH LOWER PORTION AT PERFORATION)                                                      FSG0ZA

---

WARNING - THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE.

Bank of America, N.A.                **Arrowpoint Capital**                       32-1 / 1110 GL

DATE: 07/29/08      PAID BY ARROWOOD INDEMNITY COMPANY         PLEASE CASH PROMPTLY
                                                                CHECK NO.
PAY TO          TRUST ACCOUNT OF CHARLES A BONNER FOR    TAX ID
THE ORDER OF:   JESSE BLUNT                              423562796       **71435831**

THIRTY SEVEN THOUSAND FIVE HUNDRED DOLLARS 00 CENTS

IN PAYMENT FOR: FULL & FINAL SETTLEMENT ALL CLAIMS & LIENS         *****37,500.00

CO. SYM.  R   POLICY SYM. & NO.  HJ 090328
        PAYMENT NUMBER         CLAIM NUMBER                    /s/ Sean Beatty
        08003317              092000981700     E76360/A76360   AUTHORIZED SIGNATURE CHIEF FINANCIAL OFFICER
                                                                MEMBER COMPANIES OF ARROWPOINT CAPITAL

SECURE FEATURES INCLUDE INVISIBLE FIBERS · MICROPRINTING · VOID FEATURE PANTOGRAPH · ENDORSEMENT BACKER · BROWNSTAIN CHEMICAL REACTANT

⑈71435831⑈  ⑆111000012⑆  442 629 2456⑈

The attached payment is for the following claim(s)

| CLAIM NUMBER | ACC/SAIL DATE | INSURED/CLAIMANT/CONVEYANCE | AMOUNT |
|---|---|---|---|
| 092000981701 | 02/09/02 | DANIELLE DARDE | $37,500.00 |

**Arrowpoint Capital**

ARROWPOINT CAPITAL CORP.,
P.O. BOX 1000
CHARLOTTE        NC 28201-1000

ATTN: NOELLE NEIGHBOR      704-522-2000
PLEASE REFER TO THE CLAIM NUMBER SHOWN ABOVE ON ALL CORRESPONDENCE OR INQUIRIES

```
    00054
TO: RANDOLPH, CREGGER & CHALFANT
    THE ACHELLE BLDG
    1030 G STREET
    SACRAMENTO CA 95814
```
                                                                                        00054

(DETACH LOWER PORTION AT PERFORATION)                                         FSG0ZA

---

WARNING - THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE.

Bank of America, N.A.        **Arrowpoint Capital**                              32-1
                                                                                1110 GL

DATE: 07/29/08        PAID BY ARROWOOD INDEMNITY COMPANY            PLEASE CASH PROMPTLY
                                                                         CHECK NO.
PAY TO          TRUST ACCOUNT FOR CHARLES A BONNER FOR    TAX ID
THE ORDER OF:   DANIELLE DARDEN                           423562796      71435832

THIRTY SEVEN THOUSAND FIVE HUNDRED DOLLARS 00 CENTS

IN PAYMENT FOR: FULL & FINAL SETTLEMENT ALL CLAIMS & LIENS         *****37,500.00

CO. SYM.   R    POLICY SYM. & NO.   HJ 090328
           PAYMENT NUMBER           CLAIM NUMBER                   Sean Beatty
           08003315                 092000981701    E76360/A76360  AUTHORIZED SIGNATURE CHIEF FINANCIAL OFFICER
                                                                   MEMBER COMPANIES OF ARROWPOINT CAPITAL

SECURE FEATURES INCLUDE INVISIBLE FIBERS • MICROPRINTING • VOID FEATURE PANTOGRAPH • ENDORSEMENT BACKER • BROWNSTAIN CHEMICAL REACTANT

⑈71435832⑈ ⑆111000012⑆ 442 629 2456⑈

RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
ROBERT L. CHALFANT, State Bar No. 203051
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile:  (916) 443-2124

Attorneys for Defendants
COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE
POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS,
DEPUTY P. McCLUNG, and DEPUTY K. BUNN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIELLE DARDEN, JESSE BLUNT,

    Plaintiff,

vs.

COUNTY OF SACRAMENTO, et al.

    Defendants.
_____/

No. CIV S-04-1743 MCE DAD

**STIPULATION OF DISMISSAL;
ORDER THEREON**

IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii). Each party is to bear its own costs and attorneys' fees.

Dated: _____

LAW OFFICES OF BONNER & BONNER

By _____
CHARLES A. BONNER, SBN 85413
Attorneys for Plaintiff JESSE BLUNT

///

///

Randolph Cregger & Chalfant

| | | |
|---|---|---|
| 1 | Dated: _____ | BOSSIO & ASSOCIATES |
| 2 | | |
| 3 | | By _____ |
| 4 | | CHERYL D. BOSSIO, SBN 158290<br>Attorneys for Plaintiff DANIELLE DARDEN |
| 5 | | |
| 6 | Dated: _____ | RANDOLPH CREGGER & CHALFANT LLP |
| 7 | | |
| 8 | | By _____ |
| 9 | | THOMAS A. CREGGER, SBN 124402<br>Attorneys for Defendants COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG, and DEPUTY K. BUNN |

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
HON. MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT COURT JUDGE

N:\Open\308\1812 DardenBlunt\Pleadings\dismissal stip.wpd

# SETTLEMENT AGREEMENT
# AND RELEASE OF ALL CLAIMS

This Settlement Agreement and Release of All Claims ("Agreement") is made and entered into by and between DANIELLE DARDEN and JESSE BLUNT (hereafter "PLAINTIFFS") and COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG, and DEPUTY K. BUNN (hereinafter collectively referred to as "DEFENDANTS").

WHEREAS, PLAINTIFFS and DEFENDANTS desire to resolve all disputes and settle fully and finally all differences between them arising out of or in any way related to any dispute existing between the DEFENDANTS and PLAINTIFFS relating to or arising from the event occurring on or about February 9, 2002 in Elk Grove, California.

WHEREAS, DARDEN and BLUNT are plaintiffs in a civil action ("Civil Action") in which the COUNTY OF SACRAMENTO, et. al, are defendants, *Danielle Darden;Jesse Blunt vs. County of Sacramento, et al.* venued in the United States District Court For The Eastern District of California, Case No. CIV S-04-1743.

WHEREAS, PLAINTIFFS and DEFENDANTS desire to compromise all disputes pending between them and put an end to all costly and time-consuming litigation and engage in no further court or other proceedings, to include any appeals;

NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed by and between the parties as follows:

FIRST:    This Agreement and compliance with this Agreement shall not be construed as an admission by DEFENDANTS of any liability whatsoever, or as any admission by DEFENDANTS of any violation of the rights of PLAINTIFFS or any person, or a violation of any order, law, statute, regulation, duty, or contract whatsoever against PLAINTIFFS or any other person.

SECOND:    DEFENDANTS shall pay to each PLAINTIFF the sum of THIRTY SEVEN THOUSAND FIVE HUNDRED AND NO/100 DOLLARS ($37,500.00) in separate checks made payable, respectively, to THE TRUST ACCOUNT OF THE LAW OFFICES OF CHARLES A. BONNER FOR JESSE BLUNT, DANIELLE DARDEN. In exchange for said payment, PLAINTIFFS shall prepare and file all documents necessary to obtain a dismissal, with prejudice, of the Civil Action. Each side shall bear their own attorney's fees and costs of litigation, and any claim for attorney's fees or costs of litigation is waived. Plaintiffs understand and acknowledge that they are responsible for any lien on the payments made and will defend, indemnify and hold

DEFENDANTS harmless from any demand or action by any lien claimant.

THIRD:    PLAINTIFFS represent that other than the Civil Action, they have not filed any complaint, claim or action against DEFENDANTS or any related person or entity, their officers, agents, directors, supervisors, employees, or representatives with any state, federal, or local agency or court arising out of or in any way related to any matter encompassed within this Agreement and that PLAINTIFFS will not do so at any time hereafter. If any agency or court assumes jurisdiction or any such complaint, claim, charge or action against DEFENDANTS or any related person or entity or any of their officers, agents, directors, supervisors, employees, or representatives on their behalf, PLAINTIFFS will direct such agency or court to withdraw from or dismiss the matter with prejudice.

FOURTH:    PLAINTIFFS hereby agree that all rights under Section 1542 of the California Civil Code which are related or in any manner incident to their claims against DEFENDANTS arising out of or in any way related to any matter encompassed by this Agreement are hereby waived. Section 1542 provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

FIFTH:    Notwithstanding the provisions of Section 1542 herein above set forth, PLAINTIFFS hereby irrevocably and unconditionally release and forever discharge DEFENDANTS and any related person or entity and each and all of their past, present or future officers, agents, directors, supervisors, employees, representatives, and their successors and assigns and all persons acting by, through, under, or in concert with any of them from any and all charges, complaints, claims, damages, actions or causes of action and liabilities of any kind or nature whatsoever, known or unknown, suspected or unsuspected ("Claim" or "Claims") which PLAINTIFFS have or at any time heretofore had or claimed to have, up through their execution of this Agreement. The Claims encompassed within this Agreement include, but are not limited to, any and all Claims arising from or related to the allegations made in the Civil Action and any claim arising under those statutes, regulations and common law, and any claim for attorney's fees or costs, whether recoverable under 42 USC §1988 or otherwise.

SIXTH:    PLAINTIFFS understand the word "Claim" or "Claims" to include all demands, damages, actions or causes of action, claims, and grievances, whether actual or potential, known or unknown against the DEFENDANTS.

SEVENTH:    PLAINTIFFS represent that they have reviewed all aspects of this Agreement; that they have carefully read and fully understands the provisions of this Agreement; that they understand that in agreeing to this document they are releasing the DEFENDANTS and any related entities, and their past, present, and future officers, supervisors, employees, agents, directors and representatives from any and all Claims they may have against any one or more of them arising from

or related to the February 6, 2002 incident with the DEFENDANTS, and that they voluntarily agree to all the terms set forth in this Agreement; that they knowingly and willingly intend to be bound legally by the same; that they were given the opportunity to consider the terms of this Agreement and that the terms of this Agreement were determined through negotiation between PLAINTIFFS and the attorneys representing the DEFENDANTS.

EIGHTH: The parties represent and acknowledge that in executing this Agreement they do not rely and have not relied upon any representation or statement made by any of the parties or by any of the parties' agents, attorneys or representatives with regard to the subject matter, basis, or effect of this Agreement or otherwise, other than those specifically stated in this written Agreement.

NINTH: The Court retains jurisdiction until all the terms of the settlement agreement have been carried out. Pursuant to California Evidence Code § 1123(b) and notwithstanding the provisions of FRE 408, this settlement agreement is enforceable, binding and admissible in a court of law. The parties agree that if enforcement is sought by either in a Federal Court, the provisions of Cal. Code of Civ. Proc. § 664.6 shall apply.

TENTH: This Agreement shall be binding upon the parties and upon their heirs, administrators, representatives, executors, successors, and assigns, and shall inure to the benefit of each. PLAINTIFFS expressly warrant that they have not transferred to any person or entity any Claim released in this Agreement.

ELEVENTH: Should any provision of this Agreement be declared or be determined by any authority of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms, or provisions shall not be affected thereby, and said illegal, unenforceable, or invalid part, term, or provision shall be deemed not to be a part of this Agreement.

TWELFTH: This Agreement sets forth the entire agreement between the parties and is intended as the final expression of said agreement. The written terms of this Agreement fully supersede and render of no effect whatsoever, any and all prior agreements, representations, statements or understandings, written or oral, between the parties pertaining to the subject matter herein.

THIRTEENTH: In the event that any party hereto, in any civil action or other proceeding, seeks to enforce any provision of this Agreement, or defend against any claim released herein, it shall, as a prevailing party, be entitled to recover from any non-prevailing party, its reasonable costs and attorney's fees, to specifically include any post judgment collection costs or attorney's fees.

///

Dated: *June 13, 2008*  *[signature]* DANIELLE DARDEN

Dated: *6-13-2008*  *[signature]* JESSE BLUNT

Approved as to form:

Dated: *6/13/08*

LAW OFFICES OF BONNER & BONNER

By: *[signature]*
CHARLES A. BONNER
Attorney for Plaintiff JESSE BLUNT

Dated: _____

RANDOLPH CREGGER & CHALFANT LLP

By: _____
THOMAS A. CREGGER
Attorneys for Defendants COUNTY OF SACRAMENTO, CITY OF ELK GROVE, E L K GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG, and DEPUTY K. BUNN

Dated: _____

BOSSIO & ASSOCIATES

By: _____
Cheryl D. Bossio, Esq.
Attorney for Plaintiff DANIELLE DARDEN

SETTLEMENT AGREEMENT/RELEASE OF ALL CLAIMS
Page 4 of 5