```
RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
ROBERT L. CHALFANT, State Bar No. 203051
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:   (916) 443-2124
```

Attorneys for Defendants
COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG, and DEPUTY K. BUNN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DARDEN, JESSE BLUNT,<br><br>     Plaintiff,<br><br>   vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>     Defendants.<br>_____/ | No. CIV S-04-1743 MCE DAD<br><br>**STIPULATION OF DISMISSAL;**<br>**ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii). Each party is to bear its own costs and attorneys' fees.

Dated: 8/7/08                              LAW OFFICES OF BONNER & BONNER


                                           By ____/s/ Charles A. Bonner_____
                                           CHARLES A. BONNER, SBN 85413
                                           Attorneys for Plaintiff JESSE BLUNT

///

///

1

| | | |
|---|---|---|
| 1 | Dated: 10/22/08 | BOSSIO & ASSOCIATES |
| 2 | | |
| 3 | | By  /s/ Cheryl D. Bossio |
| 4 | | CHERYL D. BOSSIO, SBN 158290<br>Attorneys for Plaintiff DANIELLE DARDEN |
| 5 | | |
| 6 | Dated: 10/23/08 | RANDOLPH CREGGER & CHALFANT LLP |
| 7 | | |
| 8 | | By  /s/ Thomas A. Cregger |
| 9 | | THOMAS A. CREGGER, SBN 124402<br>Attorneys for Defendants COUNTY OF SACRAMENTO, CITY OF ELK GROVE, ELK GROVE POLICE DEPARTMENT, SERGEANT M. BOYES, DEPUTY M. ROGERS, DEPUTY P. McCLUNG, and DEPUTY K. BUNN |

**ORDER**

IT IS SO ORDERED.

Dated:  October 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE